# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-247-RJC-DCK

| | |
|---|---|
| **DEBRA SPANGLER and DENNIS COSTNER JR.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BRIDGESTONE AMERICAS INC. and AETNA LIFE INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Kristen J. Kenley, concerning John E. B. Gerth on September 27, 2019. John E. B. Gerth seeks to appear as counsel *pro hac vice* for Defendant Bridgestone Americas, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. John E. B. Gerth is hereby admitted *pro hac vice* to represent Defendant Bridgestone Americas, Inc.

**SO ORDERED**.

Signed: September 30, 2019

David C. Keesler
United States Magistrate Judge